IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION )
1750 H Street, NW )
Washington, DC 20006 )
)
)
             Plaintiff, )
)
       v. ) Civil Action No. _____
)
INTERNAL REVENUE SERVICE )
1111 Constitution Avenue, NW, )
Washington, DC 20224 )
)
             Defendant. )
_____)

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, to secure the release of records responsive to the June 20, 2006 FOIA request that the National Treasury Employees Union (NTEU) submitted to the Internal Revenue Service (IRS). The FOIA request sought documents related to IRS's private debt collection initiative, specifically contact information for the companies who bid to perform the work, the contracts entered with the winning bidders, and any documents related to the protests filed by the losing companies.

This lawsuit raises matters of serious public concern about a controversial program. The National Taxpayer Advocate recently called for legislative action to repeal the entire private debt collection initiative, in part because there is an unacceptable lack of transparency in the program. See National Taxpayer

Advocate's 2006 Annual Report to Congress, 458, 461 (available at http://www.irs.gov/advocate/article/0,,id= 165806,00.html). Transparency of IRS operations is essential "to maintaining the public's trust and confidence in the government." Id. at 461. IRS "surrender[s] an important part of the public's trust" by keeping important information about the initiative cloaked in secrecy. Id. IRS has no legal authority for withholding the documents requested by NTEU and should disclose them promptly.

## JURISDICTION AND VENUE

1.   This Court has jurisdiction over this cause of action under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B) because this is an action to enforce the requirements of the FOIA.

2.   Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

## PARTIES

3.   Plaintiff National Treasury Employees Union is an unincorporated association that has its principal place of business at 1750 H Street, NW, Washington, DC 20006. Pursuant to Title VII of the Civil Service Reform Act of 1978, Public Law 95-454, 92 Stat. 1111, NTEU is the exclusive bargaining representative of approximately 155,000 federal employees, including approximately 94,000 IRS employees. NTEU represents the interests of these individuals by, inter alia, negotiating collective bargaining agreements, arbitrating grievances under

such agreements, filing unfair labor practice charges, petitioning Congress for favorable working conditions, pay, and benefits, and litigating employees' collective and individual rights in the federal courts.

4.   Defendant Internal Revenue Service is a federal agency within the Department of the Treasury.  IRS is subject to the requirements of the FOIA.  IRS has possession of and control over the records that NTEU seeks.

## STATEMENT OF CLAIM

5.   By letter dated June 20, 2006, NTEU requested that the IRS FOIA Disclosure Officer provide the following information:

- A copy of the contracts awarded to the three private debt collection companies selected to perform tax collection work for IRS pursuant to RFQ No. TIRNO-05-Q-00187;

- The names, addresses, and telephone numbers of all of the entities that submitted bids in response to RFQ No. TIRNO-05-Q-00187; and

- All documents in IRS's possession concerning all bid protests filed by disappointed bidders in connection with RFQ No. TIRNO-05-Q-00187, including but not limited to the protests, the IRS's agency reports, and any other submissions by the protesters, intervenors, or IRS.

6.   The IRS had not responded to the request when NTEU counsel called the disclosure office on or about September 5, 2006.  NTEU counsel spoke with an individual identifying himself as Al Adams, who requested that the FOIA request be faxed to him.  NTEU counsel faxed the FOIA request to the fax number provided by

3

Mr. Adams on September 5, 2006.

7. IRS has offered no response to the FOIA request. NTEU counsel has been unable to reach Mr. Adams since the September 5, 2006 call, and messages left on Mr. Adams voicemail have gone unanswered.

8. More than ten working days have passed since IRS received NTEU's June 20, 2006 request, and since the request was re-sent via facsimile on September 5, 2006. See 26 C.F.R. § 601.702(c)(7)(i) (requiring initial determination to be made within ten days of date of request).

9. IRS did not seek a ten-day extension of the statutory deadline for responding to the request, as permitted under 26 C.F.R. § 601.702(c)(9)(i). Even if it had, the deadline for responding would still have passed months ago.

10. IRS policy does not permit the filing of an administrative appeal on the ground that IRS failed to respond to a request. See IRS FOIA Guide (Jan. 12, 2004), at 14 (available at http://www.irs.gov/pub/irs-utl/irs_foia_guide.pdf).

11. Because NTEU has not received a determination from IRS concerning its request and IRS has not produced any materials in response to NTEU's appeal, NTEU has exhausted its administrative remedies. See 26 C.F.R. § 601.702(c)(10).

12. NTEU has a statutory right to disclosure of the records requested in its June 20, 2006 request, and there is no legal

basis for the failure of IRS to respond to NTEU's request within the statutory deadline nor for its failure to produce the requested documents.

## CAUSE OF ACTION

13.  Plaintiff reasserts and incorporates herein the allegations set forth in paragraphs 1 through 12.

14.  Under Section 552(a)(3) of the FOIA, 5 U.S.C. § 552(a)(3), IRS must produce, upon request, documents not specifically exempted by FOIA or for which disclosure is not otherwise prohibited by law.

15.  NTEU has requested documents that are not specifically exempted by FOIA and for which disclosure is not otherwise prohibited by law.  IRS's failure to respond to NTEU's request and to disclose the requested documents violates the FOIA.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff NTEU respectfully requests that this Court:

(1)  Declare that IRS's failure to release the records requested by NTEU is unlawful;

(2)  Order IRS to make the requested records available to NTEU;

(3)  Award NTEU its costs, reasonable attorneys' fees, and other disbursements in this action; and

(4)  Grant any additional appropriate relief.


Respectfully submitted,

*[signature]* (CRMS)
Gregory O'Duden
General Counsel
D.C. Bar No. 254862

*[signature]* (RMS)
Elaine Kaplan
Senior Deputy General Counsel
D.C. Bar No. 292441

*[signature]*
Robert H. Shriver, III
Assistant Counsel
D.C. Bar No. 456858

National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C. 20006
(202) 572-5500

Date: 1/19/2007          Counsel for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
National Treasury Employees Union

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   11001
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Internal Revenue Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006
(202) 572-5553

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ⦿ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. 552. Action seeking an order compelling IRS to provide documents requested under FOIA.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND: YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 1/19/07    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.