IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) NO. 1:07-cv-136 (ESH) |
| INTERNAL REVENUE SERVICE, | ) ) ) |
| Defendant. | ) |

## **A N S W E R**

DEFENDANT, the Internal Revenue Service, by and through its attorneys, answers and responds to the plaintiff's Complaint for Declaratory and Injunctive Relief ("Complaint") as follows:

### FIRST DEFENSE

The Internal Revenue Service has not improperly withheld any documents or portions thereof from plaintiff.

### SECOND DEFENSE

The Internal Revenue Service may withhold any responsive agency records or portions thereof that are exempt from disclosure pursuant to the Freedom of Information Act ("FOIA") exemptions contained in 5 U.S.C. § 552(b).

### THIRD DEFENSE

Plaintiff is not entitled to costs or attorney's fees.

FOR ITS FURTHER ANSWER, the Internal Revenue Service responds to the numbered paragraphs of the Complaint as follows:

1.      The Internal Revenue Service admits that jurisdiction exists under 5 U.S.C. § 552(a)(4)(B), but denies the remaining allegations of ¶ 1.

2.      The Internal Revenue Service admits that venue is proper under 5 U.S.C. § 552(a)(4)(B), but denies the remaining allegations of ¶ 2.

3.      The Internal Revenue Service admits the allegations of ¶ 3.

4.      The Internal Revenue Service admits the allegations of the first two sentences of ¶ 4. Avers that the Internal Revenue Service has possession and control over the records that plaintiff seeks, except those records that may be subject to a Government Accountability Office ("GAO") protective order.

5.      The Internal Revenue Service admits the allegations of ¶ 5.

6.      The Internal Revenue Service admits the allegations of ¶ 6.

7.      The Internal Revenue Service denies the allegations of the first sentence of ¶ 7. Avers that subsequent to the filing of the Complaint the Internal Revenue Service has responded to plaintiff twice by letters dated January 24, 2007, and February 15, 2007. Avers that the Internal Revenue Service lacks sufficient knowledge or information to admit or deny the allegations of the second sentence of ¶ 7.

8.      The Internal Revenue Service admits the allegations of the first sentence of ¶ 8. The Internal Revenue Service denies that its regulations (Statement of Procedural Rules) require that an initial determination regarding a FOIA request be made within ten days of the request. Avers that 26 C.F.R. § 601.702(c)(9)(ii) requires that an initial determination be made within twenty (20) working days after the date of receipt of the request.

9.      The Internal Revenue Service admits the allegations of ¶ 9.

10.    The Internal Revenue Service admits the allegations of ¶ 10.

11.    The Internal Revenue Service admits the allegations of ¶ 11.

12.    The Internal Revenue Service denies the allegations of ¶ 12.

13.    The Internal Revenue Service reasserts and incorporates herein the answers set forth in ¶¶ 1 through 12.

14.    The Internal Revenue Service admits the allegations of ¶ 14 insofar as the requested documents are "agency records" within the meaning of the FOIA, nor subject to 5 U.S.C. § 552(a)(1) or (2).

15.    The Internal Revenue Service denies the allegations of ¶ 15.

WHEREFORE, having fully responded to plaintiff's Complaint for Declaratory and Injunctive Relief, the Internal Revenue Service prays that this Court dismiss the complaint with prejudice, grant to the Internal Revenue Service its costs of defense, and grant such other relief as may be deemed just and proper under the circumstances.

DATE: February 28, 2007.

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483

OF COUNSEL:

JEFFREY TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

     IT IS CERTIFIED that the foregoing Internal Revenue Service's ANSWER was caused to be served upon plaintiff's counsel on the 28th day of February, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

        Gregory O'Duden
        General Counsel
        National Treasury Employees Union
        1750 H Street, N.W.
        Washington, DC 20006

    /s/ Michael J. Martineau
_____
    MICHAEL J. MARTINEAU

2194693.1