AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
FEB 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

National Treasury Employees Union,

Plaintiff

V.

Internal Revenue Service,

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00136

JUDGE:  Ellen Segal Huvelle

DECK TYPE:  FOIA/Privacy Act

DATE STAMP:  01/19/2007

TO: (Name and address of Defendant)

Civil Processing Clerk
U.S. Attorney
555 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          JAN 1 9 2007
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/19/2007 |
| NAME OF SERVER (PRINT) Jeri Khan | TITLE Paralegal |

Check one box below to indicate appropriate method of service

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Civil Processing Clerk**
   **U.S. Attorney**
   **555 4th Street, NW**
   **Washington, DC 20001**

2. Article Number (Transfer from ser...) 7003 2260 0001 8004 6267

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 01/29/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

...able age and

...receipt Returned

TOTAL

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/26/2007    _Jeri Khan_
             Date         Signature of Server

Address of Server: National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
FEB 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

National Treasury Employees Union,

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Internal Revenue Service,

Defendant

CASE NUMBER  1:07CV00136

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/19/2007

TO: (Name and address of Defendant)

U.S. Attorney General
Alberto Gonzales
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JAN 19 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/19/2007 |
| NAME OF SERVER (PRINT) Geri Khan | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

  **US Attorney General**
  **Alberto Gonzales, Dept. of Justice**
  **950 Pennsylvania Ave., NW**
  **Washington, DC 20530**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Garrett Parkin_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  JAN 2 3 2007    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service la    7003 2260 0001 8004 6270

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

...suitable age and

_exempt. Returned_

TOTAL

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/26/2007    _Geri Khan_
             Date          Signature of Server

Address of Server
National Treasury Employees Union
1750 H Street NW
Washington, DC 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Treasury Employees Union,

    Plaintiff

V.

Internal Revenue Service,

    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00136

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/19/2007

TO: (Name and address of Defendant)

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON     JAN 19 2007

CLERK     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/19/2007 | |
| NAME OF SERVER (PRINT) Geri Khan | TITLE Paralegal | |

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Internal Revenue Service
   1111 Constitution Ave. NW
   Washington, DC 20224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Age  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 8004 6201

Not Returned by — see attached

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

TOTAL

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/26/2007        Geri Khan
             Date              Signature of Server

Address of Server
National Treasury Employees Union
1750 H Street, N.W.
Washington, DC 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.