AO 440 (Rev. DC – September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Treasury Employees Union,

                    Plaintiff

                                                **SUMMONS IN A CIVIL CASE**

          V.

Internal Revenue Service,

                    Defendant

                              CASE NUMBER   1:07CV00136

                              JUDGE: Ellen Segal Huvelle

                              DECK TYPE: FOIA/Privacy Act

                              DATE STAMP: 01/19/2007

          TO: (Name and address of Defendant)

Civil Processing Clerk
U.S. Attorney
555 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 1 9 2007

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/19/2007 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* Geri Khan | Paralegal |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant.  Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (specify): Sent Certified Mail return receipt, Returned
    signature date 1/29/2007 attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/26/2007          Geri Khan
           *Date*            *Signature of Server*


          National Treasury Employees Union
          *Address of Server*
          1750 H Street, N.W.
          Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5402

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Civil Processing Clerk**
**U.S. Attorney**
**555 4th Street, NW**
**Washington, DC 20001**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samuel L. Parkin_     ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                   01/29/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7003 2260 0001 8004 6267

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540