IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:07-cv-136 (ESH) |
| INTERNAL REVENUE SERVICE, | ) ) ) | |
| Defendant. | ) | |

NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF

PLEASE TAKE NOTICE that the defendant, the Internal Revenue Service, is releasing to the plaintiff 311 pages of documents or portions thereof responsive to the plaintiff's Freedom of Information Act request. The Internal Revenue Service is also releasing to the plaintiff an index of withheld documents. The documents and index of withheld documents are being released to the plaintiff with the copy of this Notice being served on the plaintiff.

DATE: March 30, 2007.

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6483

OF COUNSEL:

JEFFREY TAYLOR
United States Attorney

2351535.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF was caused to be served upon plaintiff's counsel on the 30th day of March, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

Via Federal Express

Robert H. Shriver, Esquire
Assistant Counsel
National Treasury Employees Union
1750 H Street, N.W.
Washington, DC 20006


/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU

2351535.1