IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 1:07-cv-136 (ESH) ) |
| INTERNAL REVENUE SERVICE, | ) ) |
| Defendant. | ) |

NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF

PLEASE TAKE NOTICE that the defendant, the Internal Revenue Service, is releasing to the plaintiff 4 pages of documents or portions thereof responsive to the plaintiff's Freedom of Information Act request. The documents are being released to the plaintiff with the copy of this Notice being served on the plaintiff.

DATE: April 24, 2007.

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6483

OF COUNSEL:

JEFFREY TAYLOR
United States Attorney

2351535.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF was caused to be served upon plaintiff's counsel on the 24th day of April, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

Via Federal Express

Robert H. Shriver, Esquire
Assistant Counsel
National Treasury Employees Union
1750 H Street, N.W.
Washington, DC 20006

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU

2351535.1