IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 1:07-cv-136 (ESH) |
| INTERNAL REVENUE SERVICE, | ) ) ) | |
| Defendant. | ) | |

<u>JOINT MOTION TO DEFER SETTING A BRIEFING SCHEDULE</u>

This is an action brought by the National Treasury Employees Union ("NTEU") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking access to certain documents maintained by the Internal Revenue Service ("IRS").

By order dated March 5, 2007, the Court ordered the parties to submit a joint proposed briefing schedule regarding dispositive motions on or before May 1, 2007. Since that time, the parties have made substantial progress towards resolving this matter without the need for further litigation.

On March 30, 2007, the IRS released to NTEU 311 pages of documents or portions thereof responsive to NTEU's FOIA request [docket # 7]. On April 20, 2007, the IRS released to NTEU 4 additional pages of documents or portions thereof responsive to NTEU's FOIA request [docket # 8]. The IRS has released to NTEU a total of 315 pages of documents or portions thereof responsive to NTEU's FOIA request.

With regard to the remaining documents or portions thereof at issue in this case, on April 30, 2007, NTEU submitted to the Tax Division of the U.S. Department of Justice a written offer

of settlement which, if accepted, would resolve all the remaining issues in the case. The offer of settlement must be submitted for formal consideration by the National Office of the IRS and the Tax Division of the U.S. Department of Justice pursuant to the established settlement procedures of the Tax Division. The settlement process is expected to take approximately forty-five (45) days.

Accordingly, the parties jointly request that the Court defer setting a briefing schedule at this time in order to allow the Tax Division to process the offer of settlement submitted by NTEU. The parties propose that the Court direct them to submit a joint status report by June 15, 2007, in which the parties will advise the Court of the status of the proposed settlement and/or propose a briefing schedule, should the parties be unable to resolve this case without further litigation.

A proposed order is being submitted with this motion for entry by the Court.

DATE: April 30, 2007.

| | |
|---|---|
| /s/ Michael J. Martineau<br>MICHAEL J. MARTINEAU<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, DC 20044<br>(202) 307-6483<br><br>Of counsel:<br><br>JEFFREY TAYLOR<br>United States Attorney<br><br>Counsel for Defendant | /s/ Gregory O'Duden<br>GREGORY O'DUDEN<br>General Counsel<br><br>/s/ Elaine Kaplan<br>ELAINE KAPLAN<br>Senior Deputy General Counsel<br><br>/s/ Robert H. Shriver, III<br>ROBERT H. SHRIVER, III<br>Assistant Counsel<br><br>NATIONAL TREASURY EMPLOYEES UNION<br>1750 H Street, NW<br>Washington, DC 20006<br>(202) 572-5500<br><br>Counsel for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 1:07-cv-136 (ESH) |
| INTERNAL REVENUE SERVICE, | ) ) ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the Joint Motion To Defer Setting A Briefing Schedule, and the Court finding that good cause exists for the granting of said motion, it is hereby

ORDERED that the Joint Motion To Defer Setting A Briefing Schedule be and hereby is GRANTED; and it is further

ORDERED that the parties shall have up to and including June 15, 2007, in which to file a joint status report in which the parties shall advise the Court of the progress of the proposed settlement and/or propose a briefing schedule, should the parties be unable to resolve this case without further litigation.

DATED this ___ day of _____ , 2007, at Washington, D.C.

_____
ELLEN S. HUVELLE
United States District Judge

2431765.1

SEEN AND AGREED:

| | |
|---|---|
| /s/ Michael J. Martineau<br>MICHAEL J. MARTINEAU<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, DC 20044<br>(202) 307-6483 | /s/ Gregory O'Duden<br>GREGORY O'DUDEN<br>General Counsel<br><br>/s/ Elaine Kaplan<br>ELAINE KAPLAN<br>Senior Deputy General Counsel |
| Of counsel:<br><br>JEFFREY TAYLOR<br>United States Attorney<br><br>Counsel for Defendant | /s/ Robert H. Shriver, III<br>ROBERT H. SHRIVER, III<br>Assistant Counsel<br><br>NATIONAL TREASURY EMPLOYEES UNION<br>1750 H Street, NW<br>Washington, DC 20006<br>(202) 572-5500<br><br>Counsel for Plaintiff |

2431765.1