IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 1:07-cv-136 (ESH) |
| INTERNAL REVENUE SERVICE, | ) ) | |
| Defendant. | ) ) | |

STIPULATION TO DISMISS ACTION

The National Treasury Employees Union and the Internal Revenue Service, the only

parties who have appeared in this action, stipulate that this action is dismissed pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure.


/s/ Robert H. Shriver                          /s/ Michael J. Martineau

_____                _____

ROBERT H. SHRIVER                        MICHAEL J. MARTINEAU
Assistant Counsel                             Trial Attorney, Tax Division
National Treasury Employees Union    U. S. Department of Justice
1750 H Street, N.W.                          Post Office Box 227
Washington, DC 20006                       Washington, DC  20044
Telephone: (202) 572-5500                 Telephone:  (202) 307-6483
Telecopier: (202) 572-5645                Telecopier: (202) 514-6866
Email: rob.shriver@nteu.org               Email: michael.j.martineau@usdoj.gov
Attorney for Plaintiff                          Attorney for Internal Revenue Service

2445877.2

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing STIPULATION TO DISMISS ACTION was caused to be served upon plaintiff's counsel on the 5th day of June 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Robert H. Shriver, Esquire
> Assistant Counsel
> National Treasury Employees Union
> 1750 H Street, N.W.
> Washington, DC 20006

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU

2445877.2